IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID JOSEPH VONBARGEN,<br><br>    Defendant | Case No. 1:11-CR-143-BLW<br><br>ORDER |

NOW THEREFORE IT IS HEREBY ORDERED, that the request for additional time by the Federal Bureau of Prisons, attached to this Order, is granted. The study period shall end on November 17, 2012, and the final report shall be submitted to the Court on or before December 3, 2012.

DATED: **November 1, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- page 1**